IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| NESREDIN BADIMU, | § | |
| | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 9:26-CV-00267 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| WARDEN, IAH FEDERAL IMMIGRATION | § | |
| PRISON, | § | |
| | § | |
| | § | |
| *Respondent.* | § | |

## ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

Before the Court is Petitioner Nesredin Badimu (Badimu)'s *Pro Se* Petition for Writ of Habeas Corpus (the "Petition") [Dkt. 1]. On May 7, 2026, the Court ordered Petitioner Badimu to file a new Motion for Leave to Proceed In Forma Pauperis or pay the filing fee for his Petition within thirty (30) days. *See* [Dkt. 6]. The Court warned Badimu that if he did not do so, his petition would be dismissed without prejudice. *Id.* As of this Order, there is no new motion filed or payment of filing fees. Accordingly, the Court dismisses Badimu's petition without prejudice.

It is therefore **ORDERED** that Badimu's Petition for Writ of Habeas Corpus [Dkt. 1] is hereby **DIMISSED WITHOUT PREJUDICE**. All pending motions are hereby **DENIED AS MOOT**. This constitutes a **FINAL JUDGMENT** and the Clerk is **INSTRUCTED** to close this matter.

**SIGNED this 16th day of July, 2026.**

Michael J. Truncale
United States District Judge